# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129553

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AAA INVESTMENTS,
   Plaintiff-Appellee,

v

FLOYD BARNES,
   Defendant,

and

GLORIA BARNES,
   Defendant-Appellant,

and

MANUFACTURES NATIONAL BANK
OF DETROIT a/k/a COMERICA BANK,
   Defendant.

SC: 129553
COA: 261932
Wayne CC: 01-124401-CH

_____/

   On order of the Court, the application for leave to appeal the August 15, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

s1219

Clerk